# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 JUN 19 P 4:10
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

PLEASE RECEIPT AND r.F.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 08 MJ 1781 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| BERNAL-GUZMAN ET AL ) | |
| ) | Booking No. |
| Defendant(s) ) | |

RUBEN B. BROOKS

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted) Case Disposed / Order of Court).

ANGEL PEREZ-BAILON

DATED: JUN 1 9 2008

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____ Deputy Clerk

B. LLOYD